3

Date: July 20, 2020
Courtname: United States District Court.
Address 1: 231 W. Lafayette Bld (Rm: 120)
Address 2: Attention Clerk of Court
Detroit, MI 48226


16-20655

Dear Court Clerk,

I am MiTris S. Pointer, a Federal inmate, #54985-039 presently housed at Secure Female Facility Hazelton in Bruceton Mills, WV. I am writing seeking this Honorable court's assistance with having virtual video visitation with my family, including my 5 dependent children who are in the care of my mother, Mrs. LaTris Pointer-Williams and my grandmother Mrs. MeLinda Pointer-Pope.

It has been over a year since I have seen my children and family. And now due to the current COVID-19 pandemic there are NO contact visits being held or allowed at the time. I have requested through my previous case manager to have these privileges but was denied. The courts record should reflect in or around 2017, Judge Bernard A Friedman agreed that I should be afforded these privileges. At the time I was awaiting sentencing and housed at Bad Axe County Jail, I was transferred to Sanilac County Jail where I was afforded those privileges. There was no abuse or violation of these privileges. Therefore, I am respectfully asking if Judge Bernard A. Friedman could recommend my being able to have virtual video visitation.

Date: July 20, 2020
Courtname: United States District Court
Address1: 231 W. Lafayette Blvd (Rm: 120)
Address2: Attention - Clerk of Court.
Detroit, MI 48226

Thank you.

Respectfully, MiTris Pointer

MiTris Pointer #54985-039
Secure Female Facility (SFF)
P.O. Box 3000
Unit K2
Bruceton Mills, WV 26525.

Miles Coutee 57985-039
P.O. Box 3000
Bruceton Mills, W.V.

United States District Court
231 N. Lafayette
Attention: Clerk of the Court
Det M. Heck

48226-278045

METROPLEX MI 480
30 JUL 2020 AM 1 L

7/30/20